STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email:  stanley.a@gitmeidlaw.com
            stan@appsatlaw.com

*Attorneys for Kimberly Wagner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Wagner,<br><br>    Plaintiff,<br><br>    v.<br><br>Lending Club Corporation; and<br>Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 3:20-cv-04956-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, AND ENTIRE CASE** |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC,
## AND ENTIRE CASE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, KIMBERLY WAGNER, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to Defendant EQUIFAX INFORMATION SERVICES, LLC, and as to the entire case.

Dated: February 4, 2021

\_\_/s/\_ Stanley R. Apps_____

Stanley R. Apps
*Attorneys for Plaintiff*

DATED: 2/6/2021

[GRANTED — Judge Edward M. Chen, United States District Court, Northern District of California]

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC